**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Top Park Services, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **24-03434** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 14, 2024**      x _____
                                              Signature of individual signing on behalf of debtor

                                              **Neil Carmichael Bender, II**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Top Park Services, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**24-03434**__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................... $ _____0.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................ $ __36,428,511.00_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................. $ __36,428,511.00_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ __25,895,022.57_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ __34,679.77_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ __1,183,292.26_

4. Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b                                                     $ __27,112,994.60_

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Top Park Services, LLC** | |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number (if known) **24-03434** | ☐ Check if this is an amended filing |

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | United Community Bank (Last 4 digits of Account Numbers: 1094, 1102, 1144, 1177, 2845, 2035, 2043, 2027, 2068, 2076, 2084, 2092, 2100, 2126, 2134, 2159, 2191, 2209, 2217, 2225, 2233, 1581, 2258, 7390) | | | $462,494.72 |
| 3.2. | Dogwood Community Bank (Last 4 digits of Account Numbers: 2956, 3343, 3350, 3368, 3376, 3456) | | | $322,251.10 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$784,745.82**

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Steven R. Branch and Linda R. Branch | $3,500.00 |
|---|---|---|

| Debtor | **Top Park Services, LLC** | Case number *(If known)* | **24-03434** |
|---|---|---|---|
| | Name | | |

| 7.2. | **Phase Two Properties, LLC** | | $2,000.00 |
|---|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Selective Insurance Company of America** | | $117,940.87 |
|---|---|---|---|

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | $123,440.87 |
|---|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **710,997.89** | - | **0.00** | = .... | $710,997.89 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **2,110,006.05** | - | **0.00** | =.... | $2,110,006.05 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $2,821,003.94 |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **Top Park Services, LLC**                                          Case number *(If known)*  **24-03434**
                Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipment and furnishings** | $174,313.13 | Historical Cost | $174,313.13 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                           | $174,313.13 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Vehicles (see attached Exhibit "A")** | $760,223.37 | Historical Cost | $760,223.37 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Equipment and machinery (see attached Exhibit "A")** | $126,545.64 | Historical Cost | $126,545.64 |
|---|---|---|---|

51.  **Total of Part 8.**                                                                           | $886,769.01 |
     Add lines 47 through 50.  Copy the total to line 87.

Debtor    **Top Park Services, LLC**                                    Case number *(if known)*  **24-03434**
_____
Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
  ■ No
  ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property<br>Start up expeditures and closing costs | $1,000,626.00 | Historical Cost | $1,000,626.00 |
| 65. | Goodwill | | | |

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.

       | $1,000,626.00 |
       |---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
  ■ No
  ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

| Debtor | **Top Park Services, LLC** | Case number *(if known)* **24-03434** |
|---|---|---|
| | Name | |

|  | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Intercompany Receivables** | **$30,637,612.23** |
|---|---|

78.   **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$30,637,612.23** |
|---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Top Park Services, LLC** | | Case number *(If known)* **24-03434** |
|--------|-----------------------------|---|----------------------------------------|
| | Name | | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $784,745.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $123,440.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,821,003.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $174,313.13 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $886,769.01 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000,626.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,637,612.23 | |
| 91. **Total.** Add lines 80 through 90 for each column | $36,428,511.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $36,428,511.00 |



# SCHEDULE A/B, #47 AND #50
# EXHIBIT A

Quotation of Commercial Insurance

TOP PARK SERVICES LLC

Quote # 55982600

Policy Period: 12/05/23 to 06/05/24

## Policy Auto Schedule

| Veh # | State | Year | Make/Model | VIN | Comp Ded | Coll Ded | Premium |
|-------|-------|------|------------|-----|----------|----------|---------|
| 001 | IL | 18 | FORD/F-150 | 1FTMF1CB4JKF39004 | 1000 | 1000 | $1,086.00 |
| 002 | IL | 17 | GMC\CHEVY/1500 | 1GCNCNEH7HZ384214 | 1000 | 1000 | $1,212.00 |
| 003 | IL | 09 | FORD/E150 | 1FTNE14WX9DA75919 | 1000 | 1000 | $934.00 |
| 004 | IL | 15 | FORD/T150 | 1FTNR2ZM4FKB09202 | 1000 | 1000 | $1,001.00 |
| 006 | IL | 19 | KIA/SPORTAGE | KNDPMCAC0K7619415 | 1000 | 1000 | $996.00 |
| 007 | IL | 19 | KIA/SPORTAGE | KNDPMCAC0K7603831 | 1000 | 1000 | $996.00 |
| 008 | IL | 19 | KIA/SPORTAGE | KNDPMCACXK7617039 | 1000 | 1000 | $996.00 |
| 009 | IL | 19 | KIA/SPORTAGE | KNDPMCACXK7617154 | 1000 | 1000 | $996.00 |
| 010 | IL | 17 | GMC/SIERRA 1500 | 1GTN1LEH9HZ320850 | 1000 | 1000 | $961.00 |
| 011 | IL | 23 | KIA/SPORTAGE | 5XYK6CAF4PG053462 | 1000 | 1000 | $1,141.00 |
| 012 | IL | 16 | FORD/T150 | 1FTYR1YG3GKA10472 | 1000 | 1000 | $817.00 |
| 014 | IL | 18 | CHEVROLET/EXPRESS 2500 | 1GCWGAFG3J1905182 | 1000 | 1000 | $1,077.00 |
| 015 | IL | 19 | PACA/GOOSENECK | 53BPTEAZ4KU036743 | 1000 | 1000 | $302.00 |
| 016 | IL | 20 | PJ TRAILERS/UJ | 4P5DD2021L1314778 | 1000 | 1000 | $233.00 |
| 017 | IL | 17 | FORD/T250 | 1FTYR1YG4HKA28366 | 1000 | 1000 | $897.00 |
| 018 | IL | 12 | FORD/F-150 | 1FTFX1EF9CFC37208 | 1000 | 1000 | $711.00 |
| 001 | NC | 17 | FORD/T250 | 1FTYR2ZM6HKA86943 | 1000 | 1000 | $1,374.18 |
| 002 | NC | 16 | FORD/T250 | 1FTYR2XM7GKA89769 | 1000 | 1000 | $1,526.38 |
| 003 | NC | 16 | SUBARU/IMPREZA SEDAN A | JF1GPAP68G8325832 | 1000 | 1000 | $1,053.15 |
| 004 | NC | 15 | GMC\CHEVY/3500 | 1GD374CG2F1125525 | 1000 | 1000 | $1,771.62 |
| 005 | NC | 14 | FORD/F250 | 1FT7W2BT6EEB74679 | 1000 | 1000 | $1,775.74 |
| 006 | NC | 15 | FORD/F-150 | 1FTMF1C83FKD62747 | 1000 | 1000 | $1,180.53 |
| 007 | NC | 17 | FORD/F750 | 1FDYF7DC8HDB10521 | 1000 | 1000 | $1,993.57 |
| 008 | NC | 18 | MITSUBISHI FUSO/FE160 | JL6BPK1A4JK002371 | 1000 | 1000 | $2,471.54 |
| 009 | NC | 18 | FORD/F-150 | 1FTMF1CB6JKF39005 | 1000 | 1000 | $1,373.18 |
| 010 | NC | 17 | FORD/T150 | 1FTYE1ZM1HKB30840 | 1000 | 1000 | $1,374.18 |
| 011 | NC | 18 | MITSUBISHI FUSO/FE160 | JL6BPK1A2JK002546 | 1000 | 1000 | $1,917.30 |
| 012 | NC | 18 | LSG/INDUSTRIES TR | 53BCGED38JU028151 | 1000 | 1000 | $285.47 |
| 013 | NC | 20 | KIA/SOUL | KNDJ23AU1L7705628 | 1000 | 1000 | $1,353.26 |
| 014 | NC | 20 | KIA/SOUL | KNDJ23AU1L7713177 | 1000 | 1000 | $1,353.26 |
| 015 | NC | 20 | KIA/SOUL | KNDJ23AU4L7104164 | 1000 | 1000 | $1,353.26 |
| 016 | NC | 13 | FORD/F250 | 1FT7W2B62DEB03746 | 1000 | 1000 | $1,368.99 |
| 017 | NC | 17 | RAM/1500 | 1C6RR7FTXHS639825 | 1000 | 1000 | $1,425.62 |
| 018 | NC | 17 | FORD/F-150 | 1FTFX1EF0HKC49424 | 1000 | 1000 | $1,791.96 |
| 019 | NC | 14 | RAM/3500 | 3C63RPHL4EG239538 | 1000 | 1000 | $1,375.26 |

This non-binding proposal is only a summary of premium.  It is not a guarantee that the actual premium will not exceed the amount of the proposal. No coverage is provided by this summary nor does it replace any provisions of the final policy.  For specific terms and restrictions, refer to the individual policy and coverage forms.



Quotation of Commercial Insurance

TOP PARK SERVICES LLC

Quote # 55982600

Policy Period: 12/05/23 to 06/05/24

| 020 | NC | 12 | FORD/F250 | 1FT7X2BT0CEB10499 | 1000 | 1000 | $1,678.52 |
| 021 | NC | 14 | CHEVROLET/EXPRESS CARG | 1GCWGFCG9E1146416 | 1000 | 1000 | $1,525.42 |
| 022 | NC | 22 | KIA/SOUL | KNDJ23AU7N7172851 | 1000 | 1000 | $1,407.21 |
| 023 | NC | 22 | KIA/SOUL | KNDJ23AU5N7172962 | 1000 | 1000 | $1,407.21 |
| 024 | NC | 22 | KIA/SOUL | KNDJ23AU9N7818889 | 1000 | 1000 | $1,407.21 |
| 025 | NC | 22 | KIA/SOUL | KNDJ23AU5N7818923 | 1000 | 1000 | $1,407.21 |
| 026 | NC | 11 | FREIGHTLINER/M2 106V | 1FVACYDT8BDAX8480 | 2000 | 2000 | $2,576.54 |
| 027 | NC | 21 | ISUZU/NPR | 54DC4J1D6MS206857 | 2000 | 2000 | $1,936.64 |
| 028 | NC | 20 | RAM/1500 PROMASTER | 3C6TRVBG4LE143207 | 2000 | 2000 | $1,727.34 |
| 029 | NC | 12 | FORD/F-150 | 1FTFX1ET7CFD02207 | 2000 | 2000 | $1,116.70 |
| 030 | NC | 12 | FORD/F-150 | 1FTNF1CT9CKE39030 | 2000 | 2000 | $1,116.70 |
| 031 | NC | 21 | ISUZU/NPR | 54DC4J1D4MS206856 | 1000 | 1000 | $2,063.90 |
| 032 | NC | 19 | FORD/T250 | 1FTYR1ZMXKKB11635 | 1000 | 1000 | $1,637.58 |

This non-binding proposal is only a summary of premium.  It is not a guarantee that the actual premium will not exceed the amount of the proposal. No coverage is provided by this summary nor does it replace any provisions of the final policy.  For specific terms and restrictions, refer to the individual policy and coverage forms.



Quotation of Commercial Insurance

TOP PARK SERVICES LLC

Quote # 55982600

Policy Period: 12/05/23 to 06/05/24

## Inland Marine Schedule of Equipment

| Item No | Description of Equipment | Limit of Insurance |
|---------|--------------------------|--------------------|
| 00001 | 7X16 18K GOOSENECK ROLL OFF TRAILER | $20,995.00 |
| 00002 | 10 25YARD CAPACITY (7'X16'X6') | $77,950.00 |
| 00003 | 17.5    IN. 16 PLY MOUNTED SPARE TIRE & RIM | $350.00 |
| 00004 | 17.5    IN. 16 PLY MOUNTED SPARE TIRE & RIM | $350.00 |
| 00005 | DELUXE FULLY AUTOMATED TARPING SYSTEM | $1,600.00 |
| 00006 | DELUXE FULLY AUTOMATED TARPING SYSTEM | $1,600.00 |
| 00007 | 10 ORANGE CONTAINERS | $2,000.00 |
| 00008 | 16.5' LONG FLATBED ATTACHEMNET (72 IN. WIDE) | $5,495.00 |
| 00009 | 16.5IN. LONG FLATBED ATTACHMENT (72IN. WIDE) | $5,495.00 |

**TOTAL**    $115,835.00

This non-binding proposal is only a summary of premium. It is not a guarantee that the actual premium will not exceed the amount of the proposal. No coverage is provided by this summary nor does it replace any provisions of the final policy. For specific terms and restrictions, refer to the individual policy and coverage forms.

**Fill in this information to identify the case:**

Debtor name          **Top Park Services, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     **24-03434**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | **21st Mortgage Corporation** | | |
| --- | --- | --- | --- |

**21st Mortgage Corporation**
Creditor's Name

**Attn: Ann Wilkins**
**620 Market Street, Suite 100**
**Knoxville, TN 37902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Amount of claim:** $4,381,617.70
**Value of collateral:** Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Northpoint Commercial Finance - TOC** | | |
| --- | --- | --- | --- |

**Northpoint Commercial Finance - TOC**
Creditor's Name

**PO Box 731751**
**Dallas, TX 75373-1751**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Amount of claim:** $21,513,404.87
**Value of collateral:** Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$25,895,022.57** |
|---|---|---|

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **21st Mortgage Corporation**<br>**PO Box 220**<br>**Knoxville, TN 37901** | Line  **2.1** | |
| **21st Mortgage Corporation**<br>**Attn: Lisa Sumner**<br>**4141 Parklake Ave, Suite 200**<br>**Raleigh, NC 27612-2333** | Line  **2.1** | |
| **Northpoint Commercial Finance, LLC**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line  **2.2** | |
| **Northpoint Commercial Finance, LLC**<br>**PO Box 1445**<br>**Alpharetta, GA 30009-1445** | Line  **2.2** | |
| **Northpoint Commercial Finance, LLC**<br>**c/o Bradley, Attn: James Bailey**<br>**1819 Fifth Avenue North**<br>**Birmingham, AL 35203-2120** | Line  **2.2** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Top Park Services, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **24-03434** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Lumberton Taxes**<br>**500 N Cedar Street**<br>**PO Box 1388**<br>**Lumberton, NC 28359-1388** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,076.17 | $2,076.17 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Daniel McDonald**<br>**830 W Jefferson St**<br>**Springfield, IL 62702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,364.07 | $3,364.07 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Owed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Florida Department of Revenue**
**P.O. Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Illinois Department of Labor**
**524 S. 2nd Street, Suite 400**
**Springfield, IL 62701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$161.47** | **$161.47** |
|---|---|---|---|---|

**Jessica Locklear**
**2312 Fairgrove Road**
**Fairmont, NC 28340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Top Park Services, LLC** | | Case number (if known) | **24-03434** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,744.03 | $1,744.03 |
|---|---|---|---|---|

**Maria Chatman**
**PO Box 1011**
**Bladenboro, NC 28320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,332.53 | $9,332.53 |
|---|---|---|---|---|

**Mark King**
**643 Caicos Ct**
**Wilmington, NC 28405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,408.39 | $2,408.39 |
|---|---|---|---|---|

**NC Division of Motor Vehicles**
**P.O. Box 29620**
**Raleigh, NC 27626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,764.96 | $8,764.96 |
|---|---|---|---|---|

**Neil C. Bender, II**
**401 E. Las Olas Blvd, Ste 130-161**
**Fort Lauderdale, FL 33301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,360.75** | **$2,360.75** |
|---|---|---|---|---|

**Robeson County Tax Collector**
**Attn: Jackie Locklear**
**550 N Chestnut Street**
**Lumberton, NC 28358**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SEC Headquarters**
**100 F Street, NE**
**Washington, DC 20549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Securities and Exchange**
**Commission**
**801 Brickell Ave., Suite 1800**
**Miami, FL 33131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**US Attorney Southern District of Florida**
**500 South Australian Avenue**
**Suite 400**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,467.40** | **$4,467.40** |
|---|---|---|---|---|

**US Department of the Treasury**
**PO Box 979101**
**Saint Louis, MO 63197**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |
|---|---|---|---|

**1st Choice Towing and Recovery**
**1001 W. 5th Street**
**Lumberton, NC 28358**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Automotive repair and maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**21st Communities, Inc.**
**Attn: Manager, Officer, Agent**
**P.O. Box 220**
**Knoxville, TN 37901-0220**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Affordable Resorts, LLC**
Attn: Manager, Officer, Agent
664 Ben Greene Industrial Park Dr
Elizabethtown, NC 28337-9800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,709.50** |
|---|---|---|---|

**Affordable Shred and Storage**
115 South Main Street
Buffalo, IL 62515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Contract vendor services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan Thompson**
Thompson, Price, Scott & Company, PA
1001 Winstead Dr
Suite 255
Cary, NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,640.00** |
|---|---|---|---|

**All Pro Waste Service, LLC**
PO Box 2947
Pembroke, NC 28372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Contract vendor services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$565.89** |
|---|---|---|---|

**Amazon Business**
440 Terry Avenue North
Seattle, WA 98109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,555.90** |
|---|---|---|---|

**AmRent, Inc.**
250 E Borad St
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Anequim LLC**
PO Box 31597
Omaha, NE 68131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,165.00 |
|---|---|---|
| **Ascentium Capital #3059**<br>**PO Box 11407**<br>**Birmingham, AL 35246-3059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **1509** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,067.00 |
|---|---|---|
| **Ascentium Capital #3059**<br>**PO Box 11407**<br>**Birmingham, AL 35246-3059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **0029** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,771.13 |
|---|---|---|
| **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Austin Shapiro**<br>**31550 Northwestern Hwy, Suite 220**<br>**Farmington, MI 48334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Only - Receiver** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,124.05 |
|---|---|---|
| **Avidxchange, Inc.**<br>**75 Remittance Drive, Suite 6666**<br>**Chicago, IL 60675-6666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,230.44 |
|---|---|---|
| **Bank United**<br>**Attn: Manager**<br>**7815 NW 148th Street**<br>**Miami Lakes, FL 33016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Bayside MHC, LLC**<br>**Attn: Manager, Officer, Agent**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Top Park Services, LLC** | | Case number (if known) | **24-03434** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,581.88** |
|---|---|---|---|

**Bender Apparel & Signs, Inc.**
**8400 US HWY 17**
**Pollocksville, NC 28573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bladen County Tax Office**
**Attn: Manager, Officer, Agent**
**201 East King St**
**Elizabethtown, NC 28337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Blake Y. Boyette**
**Buckmiller, Boyette & Frost, PLLC**
**4700 Six Forks Rd**
**Suite 150**
**Raleigh, NC 27609-5288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brendan A. Potts**
**2400 Catalina Lane**
**Springfield, IL 62702-1105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brittany Court MHP, LLC**
**Attn: Manager, Officer, Agent**
**1030 North Grand Ave West**
**East Building**
**Springfield, IL 62702-4040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brown Investment Properties, Inc.**
**PO Box 930**
**Greensboro, NC 27402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only - Receiver**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Buckmiller, Boyette & Frost, PLLC**
**4700 Six Forks Road**
**Suite 150**
**Raleigh, NC 27609-5288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bullock MHP, LLC**
**401 E. Las Olas Blvd, Ste 130-161**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cadillac Ranch MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cape Fear MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cedarbrook Estates MHP. LLC**
**Attn: Manager, Officer, Agent**
**1030 North Grand Ave West**
**East Building**
**Springfield, IL 62702-4040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CHC TN, LLC**
**Attn: Manager, Officer, Agent**
**3340 Lake View Dr**
**Knoxville, TN 37919-6667**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Chelsey Locklear**
**450 Canal Road**
**Pembroke, NC 28372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,934.50 |
|---|---|---|---|

**Chris Pettit**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | | | $2,550.00

**Christopher Pemberton**
**18121 Airbase Rd**
**Laurinburg, NC 28352**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | | | Unknown

**City of Lumberton**
**Attn: Manager, Officer, Agent**
**500 North Cedar St**
**Lumberton, NC 28358-5545**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | | | $6,081.12

**City of Lumberton - Utilities**
**500 N Cedar Street**
**PO Box 1388**
**Lumberton, NC 28358**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | | | Unknown

**Clayton Homes - Tru White Pine**
**Attn: Manager, Officer, Agent**
**2215 Walnut St**
**White Pine, TN 37890-3709**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | | | $606.03

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | | | $2,150.11

**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | | | Unknown

**Countryside MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

County of Hoke
Attn: Manager, Officer, Agent
P.O. Box 217
Raeford, NC 28376-0217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,654.64 |
|---|---|---|---|

Cregger Company, Inc
PO Box 3829
Irmo, SC 29063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Cumberland County Tax Admin.
Attn: Manager, Officer, Agent
117 Dick St
Room 530
Fayetteville, NC 28301-9604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Damisha Fairley
Attn: Sabrina O. Leshore-Cummings
The LeShore Law Firm, PLLC
401 N. Walnut Street
Lumberton, NC 28358

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.00 |
|---|---|---|---|

Daniel McDonald
800 The Mark Lane
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

David E. Hunt
35 Patterson Road
Lumberton, NC 28358

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Dogwood MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,733.00**

**East Coast Modular Home Builders LLC**
**4538 Old Allenton Road**
**Lumberton, NC 28358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eastview MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Edward A. Golden**
**Williams Overman Pierce, LLP**
**2501 Atrium Dr**
**Suite 500**
**Raleigh, NC 27607-6492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,892.54**

**Elan Visa - Time Out LTD**
**PO Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,680.00**

**England Property Management LLC**
**225 Parkview Dr**
**Sherman, IL 62684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Erickson Cira, Valencia Joseph, et al.,**
**Attn: Carl Adam Barrington, III**
**Armstrong Barrington, PLLC**
**201 Alston Blvd, Suite A**
**Hampstead, NC 28443**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of James E. Blount, Jr**
**McIntyre Law Office, PLLC**
**P.O. Box 1**
**Lumberton, NC 28359-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.20 |
|---|---|---|---|
| | **Florida State Disbursement Unit**<br>**PO Box 8500**<br>**Tallahassee, FL 32314-8500** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,217.56 |
|---|---|---|---|
| | **GFL Environmental**<br>**PO BOX 555193**<br>**Detroit, MI 48255-5193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Green Pines MHC, LLC**<br>**Attn: Manager, Officer, Agent**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Greenstate Credit Union**<br>**Attn: Legal**<br>**P.O. Box 800**<br>**North Liberty, IA 52317-0800** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|
| | **Huggins, Davis, & Associates, LLP**<br>**503 N Elm Street**<br>**Lumberton, NC 28358** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|
| | **Jake Ray and Sons Sewer and Excavating**<br>**1529 Carolina Ave**<br>**Springfield, IL 62702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **James Blount**<br>**Attn: Stephen C. McIntyre**<br>**Mussel White, Mussel White, Branch**<br>**PO Box 1448**<br>**Lumberton, NC 28359** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,103.61 |
|---|---|---|---|

**Jim Staff Carpet Inc**
**304 W. Browning Rd**
**Springfield, IL 62707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John C. Bircher, III**
**John C. Bircher III, Trustee**
**209 Pollock St**
**New Bern, NC 28560-4942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,160.26 |
|---|---|---|---|

**John Deere Financial**
**PO Box 4450**
**Carol Stream, IL 60197-4450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,781.32 |
|---|---|---|---|

**Johnny Carroll**
**109 Cupid Court**
**North Augusta, SC 29860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jonathan Morton**
**Huggins, Davis & Associates**
**PO Box 1571**
**Lumberton, NC 28359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Zachary Frost**
**Buckmiller, Boyette & Frost, PLLC**
**4700 Six Forks Rd**
**Suite 150**
**Raleigh, NC 27609-5288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Josh Stein**
**NC Attorney General**
**9001 Mail Service Center**
**Raleigh, NC 27699-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Top Park Services, LLC** | | Case number (if known) | **24-03434** |
|---|---|---|---|---|
| | Name | | | |

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Julio Cesar Ramirez**
**225 Heartwood Dr**
**Raeford, NC 28376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Justin K. Humphries**
**The Humphries Law Firm, PC**
**1904 Eastwood Rd, Suite 310A**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kenneth Love**
**Karrenstein and Love, PLLC**
**10590 Independence Pointe Pkwy**
**Suite 200**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kesaundra Purdie, as Guardian**
**Attn: Stephen C. McIntyre**
**Mussel White, Mussel White, Branch**
**PO Box 1448**
**Lumberton, NC 28359**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kevin C. Baltz**
**Butler Snow, LLP**
**150 3rd Avenue South, Suite 1600**
**Nashville, TN 37201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$631.52**

**KIA Finance America**
**PO Box 650805**
**Dallas, TX 75265-0805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Laiken Estates MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Lisa P. Sumner
4141 Parklake Ave
Suite 200
Raleigh, NC 27612-2333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Littlefield Village MHP, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,200.00** |
|---|---|---|---|

Littleton Storm & Timber Services, Inc
1615 Sugar Hollow Road
Jacksonville, IL 62650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|

M&S Landscaping LLC
3954 Airport Road
Clarkton, NC 28433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,551.00** |
|---|---|---|---|

Metron Sustainable Services, Inc
5665 Airport Blvd, Suite 105
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Michael Leon Martinez
521 East Morehead Street
Suite 440
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Only - Receiver Counsel__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Morgan County Treasurer
Attn: Manager, Officer, Agent
300 West State St
Jacksonville, IL 62650-2063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,616.00** |
|---|---|---|---|

**Navitas Credit Corp**
**PO Box 935204**
**Atlanta, GA 31193-5204**

Date(s) debt was incurred _

Last 4 digits of account number  **1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,052.00** |
|---|---|---|---|

**Navitas Credit Corp**
**PO Box 935204**
**Atlanta, GA 31193-5204**

Date(s) debt was incurred _

Last 4 digits of account number  **5556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,612.00** |
|---|---|---|---|

**Navitas Credit Corp**
**PO Box 935204**
**Atlanta, GA 31193-5204**

Date(s) debt was incurred _

Last 4 digits of account number  **5564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,195.00** |
|---|---|---|---|

**Navitas Credit Corp**
**PO Box 935204**
**Atlanta, GA 31193-5204**

Date(s) debt was incurred _

Last 4 digits of account number  **5568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,127.00** |
|---|---|---|---|

**Navitas Credit Corp**
**PO Box 935204**
**Atlanta, GA 31193-5204**

Date(s) debt was incurred _

Last 4 digits of account number  **0237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NC Department of Revenue**
**Office Serv. Div, Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,310.31** |
|---|---|---|---|

**Neil C. Bender II**
**401 E Las Olas Blvd, Ste 130-161**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pamela Lewis**
**Attn: Richard Clarke Speaks**
**Speaks Law Firm**
**902 Market Street**
**Wilmington, NC 28401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Park Lake FInancial Solutions**
**Attn: Manager, Officer, Agent**
**108 Mactanly Pl**
**Staunton, VA 24401-2373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patch Place MHC, LLC**
**Attn: Manager, Officer, Agent**
**1030 North Grand Ave West**
**East Building**
**Springfield, IL 62702-4040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,989.00 |
|---|---|---|---|

**Philip Earl Locklear Jr**
**962 Eddie Sampson Rd**
**Pembroke, NC 28372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.54 |
|---|---|---|---|

**Piedmont Natural Gas**
**PO Box 1246**
**Charlotte, NC 28201-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pine Log MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pinewood MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.74 |
|---|---|---|---|

**Pitney Bowes**
**P.O. Box 85390**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pleasant Hope MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Preston W. Rollero**
**Hedrick Gardner Kincheloe & Garofalo, LL**
**4131 Parklake Ave, Suite 300**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,936.73 |
|---|---|---|---|

**Quality Equipment**
**2214 N Main Street**
**Fuquay Varina, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randy Paswater**
**Barber, Segatto, Hoffee, Wilke & Cate**
**831 E. Monroe**
**Springfield, IL 62701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,114.11 |
|---|---|---|---|

**Republic Services, Inc.**
**PO Box 9001154**
**Louisville, KY 40290-1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ridgefield MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,500.00 |
|---|---|---|---|

**Right Edge Lawn Care Inc**
**3213 Saint Francis Dr**
**Springfield, IL 62703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**Robert Ivey**
**1177 Watts Dairy Road**
**Saint Pauls, NC 28384**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ross B. Hofherr**
**Harris Beach, PLLC Attorneys at Law**
**100 Wall Street**
**New York, NY 10005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Notice Only_

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Royal Supply**
**835 North Valley Dell Dr**
**Fenton, MO 63026**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sampson County Tax Collector**
**Attn: Manager, Officer, Agent**
**406 County Complex Rd**
**Clinton, NC 28328-4847**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sangamon County Tax Collector**
**Attn: Manager, Officer, Agent**
**200 South 9th St**
**Springfield, IL 62701-1608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Santana Deese**
**Attn: Rebecca Laton**
**Legal Aid of NC**
**PO Box 939**
**Pembroke, NC 28372**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Schoolview MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Scottsdale MHP, LLC**
**Attn: Manager, Officer, Agent**
**1030 North Grand Ave West**
**East Building**
**Springfield, IL 62702-4040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Secretary of Treasury**
**Attn: Managing Agent**
**1500 Pennsylvania Ave NW**
**Washington, DC 20220-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$461.00**

**Spectrum Business**
**P.O. Box 4617**
**Carol Stream, IL 60197-4617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,788.02**

**Style Crest, Inc.**
**PO Box 8673**
**Carol Stream, IL 60197-8673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Taylor Park MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Taylor's Bridge MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address

**The Burlington Insurance Company**
PO Box 198989
Atlanta, GA 30384-8989

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,989.55**

---

**3.116** | Nonpriority creditor's name and mailing address

**The Humphries Law Firm, P.C.**
1904 Eastwood Road, Suite 310A
Wilmington, NC 28403

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$589.63**

---

**3.117** | Nonpriority creditor's name and mailing address

**Thompson, Price, Scott, Adams & Co., PA**
P.O. Box 398
1626 S. Madison St
Whiteville, NC 28472

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ☐ No ☐ Yes

**$240,320.00**

---

**3.118** | Nonpriority creditor's name and mailing address

**Time Out Communities, LLC**
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.119** | Nonpriority creditor's name and mailing address

**Time Out MHP, LLC**
Attn: Manager, Officer, Agent
8 The Green
Suite R
Dover, DE 19901-3618

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.120** | Nonpriority creditor's name and mailing address

**Top Park Maintenance**
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.121** | Nonpriority creditor's name and mailing address

**Top Park Services, LLC**
Attn: Manager, Officer, Agent
401 East Las Olas Blvd
Suite 130-161
Fort Lauderdale, FL 33301-2210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Top Park Services, LLC** | Case number (if known) | **24-03434** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TOPPOS LLC**
**401 East Las Olas Blvd**
**Suite 130-161**
**Fort Lauderdale, FL 33301-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TRIGILD IVL**
**Attn: Ian Lagowitz, Agent**
**4131 N. Central Express Way**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only - Receiver**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,970.15** |
|---|---|---|---|

**True IP Solutions LLC**
**PO Box 100**
**Hampstead, NC 28443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Turner Park MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,374.50** |
|---|---|---|---|

**US Bank**
**PO BOX 790448**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,047.80** |
|---|---|---|---|

**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,050.98** |
|---|---|---|---|

**Veteran's Lawn Service**
**260 Prairie Grass Rd**
**Chatham, IL 62629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Top Park Services, LLC** | | Case number (if known) | **24-03434** |
|---|---|---|---|---|
| | Name | | | |

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Victoria Estates MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 E 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,935.00**

**Webhouse**
**226 7th Street, Suite 201**
**Garden City, NY 11530-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**West Estates MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**White Sands MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Wysteria Village MHC, LLC**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brown Investment Properties, Inc.**<br>**1007 Battleground Ave, Suite 400**<br>**Greensboro, NC 27408** | Line  **3.22**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **CHC TN LLC**<br>**520 W. Summit Hill Drive, Suite 801**<br>**Knoxville, TN 37902-2006** | Line  **3.28**<br><br>☐ Not listed. Explain _____ | _ |

---

Debtor __**Top Park Services, LLC**__   Case number (if known) __**24-03434**__
     Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Damisha Fairley**<br>**Attn: Sabrina O. Leshore-Cummings**<br>**PO Box 13**<br>**Lumberton, NC 28359** | Line __3.41__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Erickson Cira, Valencia Joseph, et al.,**<br>**Attn: Carl Adam Barrington, III**<br>**Armstrong Barrington, PLLC**<br>**PO Drawer 1148**<br>**Fayetteville, NC 28302** | Line __3.50__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Internal Revenue Service**<br>**Attn: Special Procedures**<br>**P.O. Box 34045**<br>**Stop 572**<br>**Jacksonville, FL 32202** | Line __2.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Littleton Storm & Timber Services, Inc.**<br>**Attn: Bradley B. Wilson, Esq.**<br>**Gates Wise Schlosser & Goebel**<br>**1231 South Eighth Street**<br>**Springfield, IL 62703** | Line __3.75__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Navitas Credit Corp**<br>**201 Executive Center Drive, Suite 100**<br>**Columbia, SC 29210** | Line __3.81__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **Navitas Credit Corp**<br>**201 Executive Center Drive, Suite 100**<br>**Columbia, SC 29210** | Line __3.82__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **Navitas Credit Corp**<br>**201 Executive Center Drive, Suite 100**<br>**Columbia, SC 29210** | Line __3.83__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 **Style Crest, Inc**<br>**Attn: Manager, Officer, Agent**<br>**2626 Glenwood Ave**<br>**Suite 550**<br>**Raleigh, NC 27608-1370** | Line __3.112__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 **Style Crest, Inc**<br>**2450 Enterprise St**<br>**Fremont, OH 43420-8553** | Line __3.112__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $         34,679.77 |
| 5b. Total claims from Part 2 | 5b. + | $        1,183,292.26 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $        1,217,972.03 |

**Fill in this information to identify the case:**

Debtor name **Top Park Services, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **24-03434**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **[List available upon request for privacy purposes.]** | |
| State the term remaining | |
| List the contract number of any government contract | **586 Tenant Leases** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Background Services** | |
| State the term remaining | |
| List the contract number of any government contract | **AmRent**<br>**PO Box 640495**<br>**Pittsburgh, PA 15264-0495** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest   **Lawn Service** | |
| State the term remaining | |
| List the contract number of any government contract | **England Property Management**<br>**225 Parkview Dr**<br>**Sherman, IL 62684** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest   **IL Office Space** | |
| State the term remaining | |
| List the contract number of any government contract | **P & E Properties**<br>**1030 N. Grand Ave W**<br>**Springfield, IL 62702** |

| Debtor 1 | **Top Park Services, LLC** | | Case number (*if known*) | **24-03434** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Management Software** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rent Manager / PayLease**<br>**9140 Waterstone Blvd**<br>**Cincinnati, OH 45249** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Selective Insurance**<br>**PO Box 371468**<br>**Pittsburgh, PA 15250-7468** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Cell Phone** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Cell Phone** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verizon**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lawn Service** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Veteran's Lawn Service**<br>**260 Prairie Grass Rd**<br>**Chatham, IL 62629** |

Debtor 1    **Top Park Services, LLC**

First Name      Middle Name      Last Name

Case number (*if known*)    **24-03434**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Platform** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zoho**<br>**4141 Hacienda Dr**<br>**Pleasanton, CA 94588** |

**Fill in this information to identify the case:**

Debtor name    **Top Park Services, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **24-03434**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Abbot Park MHC, LLC | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ☑ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 | Alamac Village MHP, LLC | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ☑ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 | Alamac Village MHP, LLC | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | Santana Deese | ☐ D _____ ☑ E/F   **3.107** ☐ G _____ |
| 2.4 | Big C's MHP, LLC | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ☑ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.5 | Brando Management Services, LLC | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ☑ D   **2.1** ☐ E/F _____ ☐ G _____ |

| Debtor | **Top Park Services, LLC** | Case number *(if known)* | **24-03434** |

---

◼ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Brittany Court MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Bullock MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **Cedarbrook Estates MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **Central Park 2 MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.10 | **Central Park 3 MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.11 | **City View MHC, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.12 | **Eaglewood MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.13 | **Grand Valley MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ◼ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Top Park Services, LLC** | | Case number *(if known)* | **24-03434** |
|---|---|---|---|---|

�as **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Kathryn A. Ingram | 48 Ridgecrest Court<br>Lumberton, NC 28358 | Kesaundra Purdie, as Guardian | ☐ D ____<br>■ E/F __3.69__<br>☐ G ____ |
| 2.15 | Littlefield Valley MHP, LLC | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | Maple Creek MHP, LLC | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | Matthew W. Ring | 2805 East Oakland Park Blvd, Suite 438<br>Fort Lauderdale, FL 33306 | 21st Mortgage Corporation | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | Mediterranean Avenue LLC | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | MR Property Group, Ltd. | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | Neil C. Bender, II | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | Pine Run Park MHP, LLC | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | 21st Mortgage Corporation | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Top Park Services, LLC** | | Case number *(if known)* | **24-03434** |
|---|---|---|---|---|

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Pine Run Park MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **Damisha Fairley** | ☐ D ____ ■ E/F __3.41__ ☐ G ____ |
| 2.23 | **Prairie Knolls MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.24 | **Ridgefield MHC, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **Kesaundra Purdie, as Guardian** | ☐ D ____ ■ E/F __3.69__ ☐ G ____ |
| 2.25 | **Rolling Acres MHC, LLC** | FDBA Rolling Hills Mobile Estates MHC 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.26 | **Scottsdale MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.27 | **Taylor Park MHC, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.28 | **Time Out Communities, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **James Blount** | ☐ D ____ ■ E/F __3.58__ ☐ G ____ |
| 2.29 | **Time Out Communities, LLC** | 401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301 | **Kesaundra Purdie, as Guardian** | ☐ D ____ ■ E/F __3.69__ ☐ G ____ |

| Debtor | **Top Park Services, LLC** | | Case number *(if known)* | **24-03434** |
|---|---|---|---|---|

---

**■** Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.30 | **Time Out Properties, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.31 | **Time Out Properties, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **Damisha Fairley** | ☐ D _____<br>■ E/F ___3.41___<br>☐ G _____ |
| 2.32 | **Time Out Properties, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **Pamela Lewis** | ☐ D _____<br>■ E/F ___3.87___<br>☐ G _____ |
| 2.33 | **TOPPOS, LLC** | 401 E. 11th Street<br>Lumberton, NC 28358 | **James Blount** | ☐ D _____<br>■ E/F ___3.58___<br>☐ G _____ |
| 2.34 | **Turner Park MHC, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **James Blount** | ☐ D _____<br>■ E/F ___3.58___<br>☐ G _____ |
| 2.35 | **Waynesville Plantation MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **West Park MHC, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **Wysteria Village MHC, LLC** | 401 East 11th St<br>Lumberton, NC 28358-4807 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

---

Debtor    **Top Park Services, LLC**                                           Case number *(if known)*    **24-03434**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name __**Top Park Services, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**24-03434**__

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $232.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.   **See Attached Exhibit "A"** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

| Debtor | **Top Park Services, LLC** | Case number *(if known)* **24-03434** |
|---|---|---|

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attached Exhibit "B"** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **John C. Bircher, III, Chapter 7 Trustee for TOPPOS, LLC v. Top Park Services, LLC, Time Out Properties, LLC, Cedarbrook Estates MHP, LLC, Grand Valley MHP, LLC, Maple Creek MHP, LLC, Prairie Knolls MHP, LLC, and Rolling Acres MHC, LLC**<br>**24-00114** | **Bankruptcy Adversary Proceeding** | **US Bankruptcy Court Eastern District of North Carolina Fayetteville Division 300 Fayetteville Street Raleigh, NC 27601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **James Blount v. Turner Park MHC, LLC, Time Out Communities, LLC, TOPPOS, LLC, Top Park Services, LLC**<br>**22-CVS-1725** | **Civil** | **Superior Court Division North Carolina Robeson County 500 N. Elm St Lumberton, NC 28359** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Santana Deese v. Alamac Village MHC, LLC; Top Park Services, LLC previously Brando Management Services, LLC**<br>**22-CV-00975** | **Civil** | **General Court of Justice North Carolina Robeson County 500 N. Elm St Lumberton, NC 28359** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Top Park Services, LLC** | Case number *(if known)* | **24-03434** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Damisha Fairley v. Top Park Services, LLC, Brando Management Services, LLC, and Pine Run Park MHP, LLC 21-CV-03079** | **Civil** | **General Court of Justice North Carolina Robeson County 500 N. Elm St Lumberton, NC 28359** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Kesaundra Purdie, as Guardian ad Litem for Janoviah Purdie v. Kathryn A. Ingram; Ridgefield MHC, LLC; Top Park Services, LLC; and Time Out Communities, LLC 24-CVS-1876** | **Civil** | **Superior Court Division North Carolina Robeson County 500 N. Elm St Lumberton, NC 28359** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **21st Mortgage Corporation v. TOPPOS LLC, Top Park Services, LLC, et al., 2024LA21** | **Civil** | **Circuit Court for the 7th Circuit Morgan County, Illinois 300 W. State Street Jacksonville, IL 62650** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **21st Mortgage Corporation v. Prairie Knolls, MHP, LLC, et al., 7:24-cv-00086-M-RJ** | **Civil** | **US District Court Eastern District of North Carolina PO Box 25670 Raleigh, NC 27611** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| Debtor | **Top Park Services, LLC** | Case number *(if known)* | **24-03434** |

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shraiberg Page PA**<br>**2385 NW Executive Center Dr**<br>**Suite 300**<br>**Boca Raton, FL 33431** | **Attorney Fees** | **9/12/2024** | **$30,000.00** |
| | **Email or website address**<br>**bss@slp.law** | | | |
| | **Who made the payment, if not debtor?**<br>**Neil C. Bender, II** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

| Debtor | **Top Park Services, LLC** | Case number *(if known)* | **24-03434** |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

  ■ No.
  ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

  ■ No. Go to Part 10.
  ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
  Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
  Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

  ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
  List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

  ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
  List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

  ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
  List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

  ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | **Top Park Services, LLC** | Case number *(if known)* | **24-03434** |

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Thompson and Price CPA**<br>**Alan Thompson and Chuck Dabney**<br>**1001 Winstead Drive, Ste 255**<br>**Cary, NC 27513** | **2021 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

Debtor    **Top Park Services, LLC**                                              Case number *(if known)*  **24-03434**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Thompson and Price CPA**<br>**Alan Thompson and Chuck Dabney**<br>**1001 Winstead Drive, Ste 255**<br>**Cary, NC 27513** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Neil C. Bender, II** | **401 E. Las Olas Blvd, Ste 130-161**<br>**Fort Lauderdale, FL 33301** | **Manager** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Mark King** | | **COO & Chief Legal Counsel** | **Resigned 9/30/2024** |

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    **See Attached Exhibit "B"** | | | |
| **Relationship to debtor** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

| Debtor | **Top Park Services, LLC** | Case number *(if known)* | **24-03434** |

---

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**October 15, 2024**___

**/s/ Neil Carmichael Bender, II**
Signature of individual signing on behalf of the debtor

**Neil Carmichael Bender, II**
Printed name

Position or relationship to debtor ___**Manager**___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**SOFA #3 - Exhibit A**

# Bank Register

Date Range:  6/20/24 - 9/20/24

| | Bank Account | Order By | Actual Balance | Cleared Balance |
|---|---|---|---|---|
| | 3 - Top Park Serv | Date Ascending | 10,990.14 | 22,557.12 |

| Date | Reference | Information | C | Deposit | Payment | Balance |
|---|---|---|---|---|---|---|
| 06/20/24 | D13092 | Transfer from TPS to | X | 0.00 | 25,000.00 | 172,072.51 |
| 06/20/24 | D13102 | Transfer from TPS to | X | 0.00 | 60,000.00 | 139,312.68 |
| 06/20/24 | ACH | Chris Pettit : lot 21 brittany court, MINOR : S.DOOR /WINDOW 7 Maple Creek, MAJOR :Secure Door 37 Rolling JAX, Stove- SHA | X | 0.00 | 10,476.00 | 124,737.73 |
| 06/21/24 | EFT | Neil C. Bender II : 2024 01 Mike Bender reimbursement - AMEX 11006, 51004, 08004, 2024 02 Mike Bender | X | 0.00 | 28,676.41 | 85,738.44 |
| 06/27/24 | EFT | Gusto : W2 PR 06/09/2024-0 | X | 0.00 | 28,541.43 | 99,018.70 |
| 06/27/24 | EFT | Gusto : W2 PR 06/09/2024-0 | X | 0.00 | 11,831.61 | 87,187.09 |
| 06/27/24 | EFT | Gusto : 1099 Payroll | X | 0.00 | 9,516.67 | 77,187.81 |
| 06/27/24 | ACH | Taylor's Heating & Air Conditioning : HVAC : AC, HVAC : LINE | X | 0.00 | 8,450.00 | 62,010.95 |
| 06/27/24 | D13133 | Transfer from TPS to | X | 0.00 | 44,450.00 | 11,601.89 |
| 06/30/24 | | Top Park Services, LLC : | X | 0.00 | 45,036.06 | -13,666.55 |
| 06/30/24 | | Top Park Services, LLC : | X | 0.00 | 16,016.26 | 15,353.25 |
| 07/01/24 | EFT | Red Fox Capital Mortgage | X | 0.00 | 10,945.15 | 24,486.06 |
| 07/01/24 | EFT | Red Fox Capital Mortgage Fund, LP : TOC III - Cape Fear MHC LLC, Pinewood MHC LLC, | X | 0.00 | 13,439.50 | 11,046.56 |
| 07/02/24 | 1055 | Barber, Segatto, Hoffee, | X | 0.00 | 12,000.00 | 34,123.34 |
| 07/03/24 | EFT | Blue Cross Blue Shield : | X | 0.00 | 11,159.78 | 88,394.05 |
| 07/04/24 | EFT | American Express : AMEX Gold travel | X | 0.00 | 11,645.20 | 75,700.40 |
| 07/05/24 | EFT | City of Lumberton : 41- | X | 0.00 | 12,149.31 | 148,389.00 |
| 07/05/24 | ACH | CWLP : 070928500 - | X | 0.00 | 14,657.35 | 130,143.07 |
| 07/08/24 | ACH | Selective Insurance Company of America : 935-464-255 TPS Auto | X | 0.00 | 27,547.00 | 207,945.50 |
| 07/08/24 | ACH | CWLP : 124665184 - 00283356 - GVV 1500 N Grand read 6/12, 124665400 - 00283356 - GVV 1 Shennadoh HM | X | 0.00 | 27,489.70 | 180,455.80 |

| Date | Ref | Description | | Amount | Debit | Balance |
|------|------|-------------|---|--------|-------|---------|
| | | CWLP : 124665184 - 00283356 - GVV 1500 N Grand road 6/12 | | | | |
| 07/08/24 | AV1787 | Thompson, Price, Scott, Adams & Co., PA : May 2024 Services | X | 0.00 | 30,000.00 | 223,651.34 |
| 07/09/24 | EFT | First Insurance Funding : Loan 100237015 - Tokio Marine - Personal | X | 0.00 | 22,355.15 | 339,486.79 |
| 07/09/24 | ACH | Cregger Company, INC : HVAC : MOVE, HVAC: AC UNIT , HVAC: MOVE, HVAC: AC UNIIT, | X | 0.00 | 20,110.58 | 319,557.24 |
| 07/10/24 | EFT | Gusto : 1099 Payroll | X | 0.00 | 8,414.67 | 300,054.01 |
| 07/10/24 | D13208 | Transfer from TPS to | X | 0.00 | 50,000.00 | 343,276.62 |
| 07/10/24 | D13210 | Transfer from 1094 to 1102 | X | 0.00 | 25,000.00 | 318,276.62 |
| 07/10/24 | EFT | Neil C. Bender II : 2024 03 Mike Bender Reimbursement - AMEX 08004; 51004; 11006, 2024 04 Mike | X | 0.00 | 25,000.00 | 293,129.16 |
| 07/11/24 | EFT | Gusto : W2 PR 06/25/2024-0 | X | 0.00 | 29,477.19 | 311,466.92 |
| 07/11/24 | EFT | Gusto : W2 PR tax | X | 0.00 | 12,324.75 | 299,142.17 |
| 07/11/24 | ACH | David E. Hunt : 1st cut - Abbott, CP2, CP3, Alamac, Schoolview, Pine Run, 2nd cut - Abbott, CP2, CP3, | X | 0.00 | 10,300.00 | 332,491.39 |
| 07/11/24 | EFT | Veteran's Lawn Service : | X | 0.00 | 13,050.52 | 308,155.11 |
| 07/11/24 | ACH | England Property | X | 0.00 | 21,020.00 | 287,135.11 |
| 07/11/24 | D13216 | Transfer from TPS to | X | 0.00 | 50,000.00 | 237,135.11 |
| 07/11/24 | EFT | Neil C. Bender II : 2024 05 Mike Bender Reimbursement | X | 0.00 | 10,000.00 | 227,100.93 |
| 07/12/24 | D13220 | Transfer from TPS to | X | 0.00 | 50,000.00 | 185,888.62 |
| 07/12/24 | D13221 | Transfer from 1094 to 1102 | X | 0.00 | 20,000.00 | 165,888.62 |
| 07/15/24 | D13228 | Transfer from TPS to | X | 0.00 | 21,850.00 | 177,190.72 |
| 07/15/24 | AV1803 | Blackwell Landscaping, LLC | X | 0.00 | 7,600.00 | 167,351.42 |
| 07/20/24 | EFT | Neil C. Bender II : 2024 05 Mike Bender Reimbursement - AMFX | X | 0.00 | 30,937.40 | 200,615.68 |
| 07/24/24 | D13271 | Transfer from 1094 to TPS | X | 0.00 | 85,100.00 | 174,138.80 |
| 07/29/24 | EFT | Gusto : W2 PR 07/09/2024-0 | X | 0.00 | 25,300.69 | 155,837.65 |
| 07/29/24 | EFT | Gusto : 1099 Payroll | X | 0.00 | 11,429.17 | 144,408.48 |
| 07/29/24 | EFT | Gusto : W2 PR 07/09/2024-0 | X | 0.00 | 10,976.19 | 147,536.86 |
| 07/31/24 | | Top Park Services, LLC : | X | 0.00 | 44,243.51 | 131,206.50 |
| 07/31/24 | | Top Park Services, LLC : | X | 0.00 | 15,413.27 | 162,496.56 |
| 08/01/24 | EFT | Red Fox Capital Mortgage | X | 0.00 | 11,309.98 | 166,599.85 |
| 08/01/24 | EFT | Red Fox Capital Mortgage Fund, LP : TOC III - Cape Fear MHC LLC, Pinewood MHC LLC, | X | 0.00 | 13,887.48 | 152,712.37 |
| 08/01/24 | EFT | All Pro Waste Service, LLC | X | 0.00 | 15,895.00 | 132,297.58 |
| 08/01/24 | EFT | Veteran's Lawn Service : | X | 0.00 | 13,050.52 | 106,295.76 |
| 08/05/24 | ACH | Selective Insurance Company of America : 935-464-255 TPS Auto | X | 0.00 | 13,777.00 | 246,517.02 |
| 08/05/24 | EFT | City of Lumberton : 41- | X | 0.00 | 16,295.93 | 214,492.80 |
| 08/05/24 | ACH | CWLP : 070928500 - | X | 0.00 | 9,137.88 | 200,302.84 |
| 08/06/24 | EFT | First Insurance Funding : Loan 100237015 - Tokio Marine - Personal | X | 0.00 | 22,355.15 | 311,524.56 |
| 08/06/24 | ACH | CWLP : 124662000 - | X | 0.00 | 28,524.34 | 283,000.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 00283356 - GVV<br>19 Stone 7/14, 124665632 -<br>00283356<br>- GVV 17 Shennadoh 7/14,<br>124666560<br>- 00283356 - GVV 7 Double | | | | |
| 08/06/24 | D13335 | Transfer from 1094 to 1102 | X | 0.00 | 25,000.00 | 237,388.91 |
| 08/06/24 | AV1818 | Thompson, Price, Scott, | X | 0.00 | 22,500.00 | 213,387.51 |
| 08/07/24 | EFT | American Express : AMEX<br>Gold travel | X | 0.00 | 9,687.59 | 260,729.17 |
| 08/07/24 | EFT | Neil C. Bender II : 2024 06<br>Mike<br>Bender Reimbursement -<br>AMEX | X | 0.00 | 12,000.00 | 273,894.97 |
| 08/08/24 | EFT | All Pro Waste Service, LLC | X | 0.00 | 14,432.00 | 310,915.68 |
| 08/08/24 | EFT | Veteran's Lawn Service : | X | 0.00 | 12,587.98 | 298,327.70 |
| 08/09/24 | D13348 | Transfer from 1094 to 1102 | X | 0.00 | 32,502.34 | 287,840.54 |
| 08/09/24 | D13354 | Transfer from 1094 to 1102 | X | 0.00 | 27,107.68 | 260,201.86 |
| 08/13/24 | EFT | Gusto : 1099 payroll | X | 0.00 | 8,291.67 | 259,024.41 |
| 08/13/24 | EFT | Gusto : W2 payroll 7/26/24-8 | X | 0.00 | 25,736.68 | 233,287.73 |
| 08/13/24 | EFT | Gusto : W2 payroll tax 7/26/2 | X | 0.00 | 11,058.00 | 221,745.31 |
| 08/15/24 | ACH | David E. Hunt : Alamac /<br>Abbott / Pine<br>Run / CP2 / CP3, Alamac /<br>Abbott /<br>Pine Run / CP2 / CP3,<br>Alamac / | X | 0.00 | 10,387.00 | 264,280.30 |
| 08/15/24 | ACH | England Property | X | 0.00 | 19,680.00 | 235,470.69 |
| 08/16/24 | ACH | Shapiro Real Estate Group :<br>Schoolview 6/21-7/31 rents | X | 0.00 | 57,460.26 | 177,672.99 |
| 08/16/24 | ACH | Shapiro Real Estate Group :<br>Eaglewood 6/21-7/31 rents | X | 0.00 | 25,000.00 | 152,672.99 |
| 08/19/24 | ACH | Shapiro Real Estate Group :<br>Eaglewood 6/21-7/31 rents | X | 0.00 | 38,632.15 | 137,406.07 |
| 08/19/24 | ACH | Shapiro Real Estate Group : | X | 0.00 | 47,509.47 | 89,896.60 |
| 08/21/24 | ACH | Shapiro Real Estate Group :<br>Waynesville 6/21-7/31 rents | X | 0.00 | 75,000.00 | 16,705.06 |

| Date | | Type | Description | | Amount | | |
|---|---|---|---|---|---|---|---|
| | | | Shapiro Real Estate Group : Waynesville 6/21-7/31 rents due less | | | | |
| 08/21/24 | | EFT | Neil C. Bender II : 2024 07 Mike<br>Bender Reimbursement - AMEX | X | 0.00 | 21,308.26 | 5,927.48 |
| 08/28/24 | | EFT | Gusto : W2 payroll 8/9/24-8/2 | X | 0.00 | 13,134.65 | 33,943.97 |
| 08/29/24 | | EFT | Gusto : W2 Payroll 8/9/24-8/2 | X | 0.00 | 10,765.46 | 4,191.36 |
| 08/31/24 | | | Top Park Services, LLC : | X | 0.00 | 44,337.99 | -27,922.99 |
| 09/03/24 | | EFT | Gusto : W2 payroll 8/9/24-8/2 | X | 0.00 | 8,764.96 | 7,803.94 |
| 09/03/24 | | EFT | Law Office of Chris Karrenste | X | 0.00 | 10,000.00 | 10,897.28 |
| 09/04/24 | | EFT | Blue Cross Blue Shield : | X | 0.00 | 8,594.83 | 101,870.63 |
| 09/04/24 | | EFT | Neil C. Bender II : Wells Fargo VISA as<br>bad debt recovery - taken directly from | X | 0.00 | 25,921.97 | 70,092.93 |
| 09/04/24 | | EFT | Red Fox Capital Mortgage | X | 0.00 | 11,309.98 | 64,076.80 |
| 09/04/24 | | EFT | Red Fox Capital Mortgage Fund, LP :<br>TOC III - Cape Fear MHC LLC,<br>Pinewood MHC LLC, | X | 0.00 | 13,887.48 | 50,189.32 |
| 09/04/24 | | AV1833 | True IP Solutions LLC : VOIP bundle /<br>Virtual Fax, VOIP bundle / Virtual Fax | X | 0.00 | 8,259.30 | 41,930.02 |
| 09/04/24 | | D13449 | Transfer from 1094 to 1151 - | X | 0.00 | 8,200.00 | 33,730.02 |
| 09/06/24 | | EFT | Brown Investment Properties :<br>CP2/CP3/Turner - not | X | 0.00 | 18,625.23 | 190,493.52 |
| 09/09/24 | | ACH | Selective Insurance Company of<br>America : 935-464-255 TPS Auto | X | 0.00 | 13,777.00 | 205,307.13 |
| 09/09/24 | | D13473 | Transfer from TPS to | X | 0.00 | 75,000.00 | 118,853.13 |
| 09/09/24 | | ACH | CWLP : 124666560 - 00283356 - GVV<br>7 Double Dr read 8/14, 124662702 - 00283356 - GVV 20 Lovell read 8/12, 124661600 - 00283356 - | X | 0.00 | 8,592.41 | 112,396.31 |
| 09/10/24 | | D13483 | Transfer from TPS to | X | 0.00 | 75,000.00 | 84,702.25 |
| 09/11/24 | | D13488 | Transfer from TPS to | X | 0.00 | 19,300.00 | 103,069.74 |
| 09/12/24 | | EFT | Gusto : W2 Payroll 8/26/24-9 | X | 0.00 | 24,676.85 | 77,941.90 |
| 09/12/24 | | EFT | Gusto : W2 Payroll tax 8/26/2 | X | 0.00 | 10,154.88 | 65,474.52 |
| 09/12/24 | | EFT | All Pro Waste Service, LLC | X | 0.00 | 14,465.00 | 43,154.13 |
| 09/18/24 | | EFT | Neil C. Bender II : 2024 08 Mike<br>Bender Reimbursement - | X | 0.00 | 16,796.27 | 51,447.69 |
| 09/18/24 | | EFT | First Insurance Funding : Loan<br>100237015 - Tokio Marine - Personal | X | 0.00 | 23,472.91 | 26,611.10 |
| 09/18/24 | | ACH | CWLP : 124662662 - GVV | X | 0.00 | 8,974.94 | 10,399.84 |
| 09/18/24 | | ACH | CWLP : 070928500 - | X | 0.00 | 10,335.87 | -152.50 |
| 09/18/24 | | 1061 | Barber, Segatto, Hoffee, Wilke & Cate,<br>LLP : IL existing | X | 0.00 | 8,875.72 | -21,127.84 |

# SOFA #4 AND #30 - EXHIBIT B

| Date | Lot Name | Reference | Descriptior | Tenant Nar | Debit | Credit | Balance | Park | Account Name | Account Ty Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2021 0:00 | | J6076 | Amex payment ending | | $ - | $ 483.34 | $ 842,949.41 | TPS | 3003 Owner Contribution | Equity JOURNL | $ (483.34) |

| Date | Lot Name | Reference | Description | Tenant Nar | Debit | Credit | Balance | Park | Account Name | Account Ty Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2022 0:00 | | D7750 | UCB - Top Park Service | $ - | | $ 200,000.00 | $ 1,042,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (200,000.00) |
| 4/13/2022 0:00 | | D8063 | UCB - Top Park Service | $ - | | $ 1,000,000.00 | $ 2,042,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (1,000,000.00) |
| 4/20/2022 0:00 | | D8119 | UCB - Top Park Service | $ - | | $ 10,000.00 | $ 2,052,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (10,000.00) |
| 4/20/2022 0:00 | | D8120 | UCB - Top Park Service | $ - | | $ 4,000.00 | $ 2,056,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (4,000.00) |
| 4/27/2022 0:00 | | D8148 | UCB - Top Park Service | $ - | | $ 100,000.00 | $ 2,156,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (100,000.00) |
| 4/27/2022 0:00 | | D8151 | UCB - Top Park Service | $ - | | $ 40,000.00 | $ 2,196,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (40,000.00) |
| 5/27/2022 0:00 | | D8344 | UCB - Top Park Service | $ - | | $ 800,000.00 | $ 2,996,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (800,000.00) |
| 6/27/2022 0:00 | | D8541 | UCB - Top Park Service | $ - | | $ 550,000.00 | $ 3,546,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (550,000.00) |
| 6/29/2022 0:00 | | D8550 | UCB - Top Park Service | $ - | | $ 3,000.00 | $ 3,549,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (3,000.00) |
| 7/29/2022 0:00 | | D8739 | UCB - Top Park Service | $ - | | $ 130,000.00 | $ 3,679,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (130,000.00) |
| 7/29/2022 0:00 | | D8740 | UCB - Top Park Service | $ - | | $ 30,000.00 | $ 3,709,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (30,000.00) |
| 8/18/2022 0:00 | | D8879 | UCB - Time Out Proper | $ - | | $ 400,000.00 | $ 4,109,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (400,000.00) |
| 8/19/2022 0:00 | | D8878 | UCB - Top Park Service | $ - | | $ 30,000.00 | $ 4,139,949.41 | TPS | 3003 Owner Contribution | Equity | BNKDEP | $ (30,000.00) |
| Total | | | | | | | | | | | $ (3,297,000.00) |

| Date | Lot Name | Reference | Description | Tenant Name | Debit | Credit | Balance | Park | Account Name | Account Type | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/11/2022 0:00 | AGH | Neil C. Bender II |  | Neil C. Bender II | $ 100,000.00 | $ - | $ (220,000.00) | TPS | 3002 Owner Distribution | Equity | CHKITM | $ 100,000.00 |
| 4/29/2022 0:00 | AGH | Neil C. Bender II | Distribution to close WF Camargo account | Neil C. Bender II | $ 1,000.00 | $ - | $ (221,000.00) | TPS | 3002 Owner Distribution | Equity | CHKITM | $ 1,000.00 |
| 4/29/2022 0:00 | AGH | Neil C. Bender II | Transfer from 4255 to UCB 06908 | Neil C. Bender II | $ 3,000.00 | $ - | $ (224,000.00) | TPS | 3002 Owner Distribution | Equity | CHKITM | $ 3,000.00 |
| Total |  |  |  |  |  |  |  |  |  |  |  | $ 104,000.00 |